E-FILED 02.15.12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORNY TOAD ACTIVEWEAR, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MASSACHUSETTS BAY INSURANCE ) <br> CO., ) <br> ) <br> Defendant. ) <br> ) <br> ) | CASE NO. CV 11-01569 MMM (AJWx) <br><br> JUDGMENT FOR DEFENDANT |

On February 15, 2012, the court issued an order granting defendant's motion to dismiss with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff takes nothing by way of its complaint;

    2.    That the action be, and it hereby is, dismissed; and

    3.    That defendant recover its costs of suit herein.

DATED: February 15, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE